Search Warrant

# UNITED STATES DISTRICT COURT
for the
District of Arizona

| In the Matter of the Search of<br>*(Briefly Describe the property to be searched or identify the person by name and address)*<br><br>SKY CELLULAR TELEPHONE<br>IMEI number (sim slot 2): 354403390046397 | Case No. 22-4192mb |
|---|---|

## ELECTRONICALLY ISSUED SEARCH AND SEIZURE WARRANT

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the District of ___Arizona___ (identify the person or describe the property to be searched and give its location):

**As further described in Attachment A.**

The person or property to be searched, described above, is believed to conceal (identify the person or describe the property to be seized):

**As set forth in Attachment B.**

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

YOU ARE COMMANDED to execute this warrant on or before _____June 21, 2022_____.
*(not to exceed 14 days)*

☐ in the daytime 6:00 a.m. to 10 p.m.
☒ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to <u>any United States Magistrate Judge on criminal duty in the District of Arizona.</u>

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*   ☐ for ____ days *(not to exceed 30)*
☐ until, the facts justifying, the later specific date of _____.

Date and time issued: _____     _____Camille D. Bibles_____
Digitally signed by Camille D. Bibles
Date: 2022.06.07 15:02:18 -07'00'
*Judge's signature*

City and State: <u>Flagstaff, Arizona</u>     <u>Honorable Camille D. Bibles, U.S. Magistrate Judge</u>
*Printed name and title*

# ATTACHMENT A
# ITEM TO BE SEARCHED

**DESCRIPTION OF ITEM:** SKY CELLULAR TELEPHONE, IMEI number (sim slot 2): 354403390046397




## ATTACHMENT B
## PROPERTY TO BE SEIZED

1. Any records and information found within the digital contents of the SKY CELLULAR TELEPHONE, IMEI number (sim slot 2): 354403390046397, and associated SIM card(s) or removable data storage device(s) that relate to violations of 18 U.S.C. §§ 1152 or 1153 and 113(a)(3), assault with a dangerous weapon, 81, arson, and 1111, murder, including:

    a. all stored electronic and wire communications, including emails, instant messages, text messages, voice mail messages, or other communications, images, photographs, videos, and records, from May 5, 2022, through May 13, 2022;[1]

    b. call and contact lists to include dialed, received, and missed calls, and telephone directories, for the period May 5, 2022, through May 13, 2022;

    c. any information recording the user's schedule or travel, from May 5, 2022, through May 13, 2022;

---

[1] The technology is such that the forensic examiner must extract the entire contents of the phone without date restriction, and the entire contents of the phone without date restriction will be maintained as evidence per the FBI's policy. The forensic examiner will then use date filters to limit the forensic report to the time period set forth above. If the government discovers information supporting a search beyond this time period, it will submit another search warrant for the Court's consideration.

d. Evidence indicating how and when the cellular device and associated cellular service was used to determine the chronological context of cellular device use, account access, and events relating to the crime under investigation, from May 5, 2022, through May 13, 2022;

e. Evidence indicating the geographic location of the cellular device at times relevant to the investigation, from May 5, 2022, through May 13, 2022;

f. Evidence indicating the cellular device owner or user's state of mind as it relates to the crimes under investigation, from May 5, 2022, through May 13, 2022; and

g. Evidence indicating the identity of the person(s) who sent and/or received communications from the cellular device about matters relevant to the investigation, from May 5, 2022, through May 13, 2022.

2. Any records and information found within the digital contents of the SKY CELLULAR TELEPHONE and associated SIM card(s) or removable data storage device(s) showing who used or owned the device at the time the things described in this warrant were created, edited, or deleted, such as logs, phonebooks, saved usernames and passwords, documents, and browsing history.

As used above, the terms "records" and "information" includes records of telephone calls; names, telephone numbers, usernames, or other identifiers saved in address books, contacts lists and other directories; text messages and other stored communications; subscriber and device information; voicemails or other audio recordings; videos; photographs; e-mails; internet browsing history; calendars; to-do lists; contact information; mapping and GPS information; data from "apps," including stored communications; reminders, alerts and notes; and any other information in the stored memory or accessed by the electronic features of the cellular telephone.

This warrant authorizes a review of records and information seized, copied or disclosed pursuant to this warrant in order to locate evidence and instrumentalities described in this warrant. The review of this electronic data may be conducted by any government personnel assisting in the investigation, who may include, in addition to law enforcement officers and agents, attorneys for the government, attorney support staff, and technical experts. Pursuant to this warrant, the FBI may deliver a complete copy of the seized, copied, or disclosed electronic data to the custody and control of attorneys for the government and their support staff for their independent review.